UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY P. MYERS,

Plaintiff,

-against-

DEPUTY O'BANNER, et al.,

Defendants.

25-CV-5644 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

The Court denies Plaintiff's motion for an extension of time to file a notice of appeal as moot. (ECF 8.) Plaintiff's notice of appeal was transferred to the United States Court of Appeals for the Second Circuit, and the Court of Appeals dismissed the appeal, effective February 2, 2026, because Plaintiff did not pay the filing fee of $605.00 or request that the fee be waived. (ECF 9.) The Clerk of Court is directed to terminate the motion at ECF 8.

SO ORDERED.

Dated: July 21, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge